```
 1  ANTHONY P.X. BOTHWELL
    REY HASSAN
 2  Law Offices of A.P.X. Bothwell
    350 Bay Street
 3  Suite 100 PMB 314
    San Francisco, CA 94133-1998
 4
    Attorneys for Plaintiffs
 5
    CONOR KELLS
 6  Trial Attorney
    U.S. Department of Justice
 7  Torts Branch, Civil Division
    P.O. Box 888
 8  Benjamin Franklin Station
    Washington D.C.  20044
 9
    Attorney for Defendant United States of America
10
```

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| GRANT ADAMS, et al., | ) | |
|---|---|---|
| | ) | No. CV 10-1432-MEJ |
| Plaintiffs, | ) | [PROPOSED] ORDER OF DISMISSAL OF RANDY BABBITT |
| v. | ) | |
| RANDY BABBITT, et al. | ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER

Having reviewed the parties' Joint Stipulation, Randy Babbitt, sued in his official capacity as Administrator of the Federal Aviation Administration, is hereby **DISMISSED WITH PREJUDICE**. In addition, as the parties agree that the FAA was not intended to be named as a defendant in this matter, the Clerk of Court is directed to amend the caption of this case to name only the United States of America as party-defendant.

Dated: June 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge