UNITED STATES DISTRICT COURT

Northern District of California

GRANT ADAMS, et al.,

                Plaintiff(s),

  v.

UNITED STATES OF AMERICA,

                Defendant(s).
_____/

No. C 10-1432 MEJ

**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On June 21, 2010, Plaintiffs electronically filed an opposition to Defendant's pending motion to dismiss. (Dkt. #10.) However, Plaintiffs have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

      **IT IS SO ORDERED.**

Dated: June 23, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge